## BARNES *v.* COLUMBIA BROADCASTING SYSTEM, INC.

No. 226, Misc.   Decided March 3, 1958.

Appellant *pro se.*

*Louis M. Mantynband* and *Le Roy R. Krein* for appellee.

PER CURIAM.

The appeal is dismissed.

## GOSTOVICH *v.* VALORE, ADJUDICATION OFFICER, VETERANS ADMINISTRATION.

No. 247, Misc.   Decided March 3, 1958.

*Louis C. Glasso* for appellant.

*Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for appellee.

PER CURIAM.

The appeal is dismissed.